**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachuetts  **Category No.** II  **Investigating Agency** USSS

**City** Needham and Cambridge

**County** Norfolk and Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. 23-mj-8337-PGL
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ✔ No

Defendant Name: Archil GRDZELISHVILI   Juvenile: ☐ Yes  ✔ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ✔ No

Alias Name: Archie Longson

Address: _____

Birth date (Yr only): 1979   SSN (last 4#): _____   Sex: Male   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Brian J. Sullivan   Bar Number if applicable: 676186

**Interpreter:** ☐ Yes  ✔ No   List language and/or dialect: _____

**Victims:** ✔ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ✔ No

**Matter to be SEALED:** ✔ Yes  ☐ No

✔ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ✔ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty ___   ☐ Misdemeanor ___   ✔ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

✔ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 11/3/2023   Signature of AUSA: /s/ Brian J. Sullivan

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Archil GRDZELISHVILI

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1344 | Bank Fraud | 1 |
| Set 2 | 18 U.S.C. § 1028A | Aggravated Identity Theft | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013